# EXHIBIT B

## Exhibit B
### Cipla USA, Inc.

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 12/12/2019 | 12/26/2019 | $ 522.39 | 901005827 | 9/6/2019 | 194.04 |
| | | | 901007361 | 9/10/2019 | 619.28 |
| | | | 901008593 | 9/11/2019 | 141.12 |
| | | | 901009335 | 9/13/2019 | 1,180.01 |
| | | | 901011289 | 9/17/2019 | 127.95 |
| | | | 901011805 | 9/18/2019 | 689.13 |
| | | | 901012709 | 9/19/2019 | 223.91 |
| | | | 901014290 | 9/23/2019 | 125.13 |
| | | | 901014289 | 9/23/2019 | 7,140.20 |
| | | | 901014846 | 9/23/2019 | 1,593.12 |
| | | | 901018655 | 10/1/2019 | 838.24 |
| | | | 901020491 | 10/3/2019 | 859.42 |
| | | | 901024310 | 10/11/2019 | 441.00 |
| | | | 901024449 | 10/11/2019 | 441.00 |
| | | | 901024759 | 10/14/2019 | 125.13 |
| | | | 901024758 | 10/14/2019 | 508.98 |
| | | | 901024760 | 10/14/2019 | 764.87 |
| 12/19/2019 | 1/2/2020 | 1,212.17 | 901027966 | 10/21/2019 | 1,237.27 |
| 12/20/2019 | 1/6/2020 | 41.87 | 901029787 | 10/23/2019 | 41.87 |
| 12/23/2019 | 1/8/2020 | 14,690.82 | 901030445 | 10/24/2019 | 55.98 |
| | | | 901030446 | 10/24/2019 | 125.13 |
| | | | 901030443 | 10/24/2019 | 13,406.40 |
| | | | 901030444 | 10/24/2019 | 785.09 |
| | | | 901030442 | 10/24/2019 | 318.22 |
| 12/26/2019 | 1/8/2020 | 1,112.54 | 901031909 | 10/28/2019 | 1,129.90 |
| 12/30/2019 | 1/15/2020 | 299.88 | 901033529 | 10/31/2019 | 299.88 |
| 12/31/2019 | 1/15/2020 | 738.16 | 901034409 | 11/1/2019 | 794.27 |
| 1/3/2020 | 1/16/2020 | 1,175.28 | 901036380 | 11/6/2019 | 105.36 |
| | | | 901036381 | 11/6/2019 | 1,069.92 |
| 1/7/2020 | 1/22/2020 | 3,524.94 | 901037603 | 11/8/2019 | 127.95 |
| | | | 901037602 | 11/8/2019 | 3,396.99 |
| 1/9/2020 | 1/24/2020 | 1,258.18 | 901038293 | 11/11/2019 | 1,306.54 |
| 1/10/2020 | 1/24/2020 | 1,345.11 | 901039126 | 11/12/2019 | 1,045.23 |
| | | | 901040047 | 11/13/2019 | 299.88 |
| 1/13/2020 | 1/27/2020 | 436.53 | 901040617 | 11/14/2019 | 436.53 |
| 1/14/2020 | 1/28/2020 | 1,511.86 | 901041096 | 11/15/2019 | 1,045.22 |
| | | | 901041097 | 11/15/2019 | 508.50 |
| 1/16/2020 | 1/29/2020 | 3,426.84 | 901041820 | 11/18/2019 | 465.69 |
| | | | 901041821 | 11/18/2019 | 465.69 |
| | | | 901041822 | 11/18/2019 | 931.39 |
| | | | 901041823 | 11/18/2019 | 465.69 |
| | | | 901041824 | 11/18/2019 | 774.51 |
| | | | 901041825 | 11/18/2019 | 323.87 |
| 1/17/2020 | 1/31/2020 | 1,234.79 | 901042503 | 11/19/2019 | 712.18 |
| | | | 901042504 | 11/19/2019 | 522.61 |
| 1/20/2020 | 2/3/2020 | 177.11 | 901043861 | 11/21/2019 | 177.11 |

| Exhibit B |
|---|

Cipla USA, Inc.

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 1/21/2020 | 2/5/2020 | 22,712.78 | 901044468 | 11/22/2019 | 398.66 |
|  |  |  | 901044469 | 11/22/2019 | 299.88 |
|  |  |  | 901044470 | 11/22/2019 | 20,504.50 |
|  |  |  | 901044471 | 11/22/2019 | 299.88 |
|  |  |  | 901044472 | 11/22/2019 | 596.23 |
|  |  |  | 901044473 | 11/22/2019 | 497.21 |
|  |  |  | 901044474 | 11/22/2019 | 116.42 |
| 1/23/2020 | 2/6/2020 | 493.18 | 901045322 | 11/25/2019 | 465.70 |
|  |  |  | 901045321 | 11/25/2019 | 116.42 |
|  |  | $ 55,914.43 |  |  |  |