Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>   v.<br><br>CIPLA USA, INC.,<br><br>               Defendant. | Adv. Proc. No. 22-02016 (PRW) |

## THIRD STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff" or the "RDC Liquidating Trust"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Cipla USA, Inc. ("Defendant", and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, on February 3, 2022, Plaintiff filed a complaint (the "Complaint") against Defendant;

WHEREAS, the summons (the "Summons") was issued on February 4, 2022;

WHEREAS, on February 4, 2022, Defendant was served with the Summons and Complaint; and

WHEREAS, on March 4, 2022, the Parties entered into a stipulation (the "First Stipulation") by which the time required for Defendant to answer the Complaint was extended through and including April 15, 2022.  The First Stipulation was approved by order entered March 7, 2022.

WHEREAS, on April 13, 2022, the Parties entered into a stipulation (the "Second Stipulation") by which the time required for Defendant to answer the Complaint was further extended through and including June 15, 2022.  The Second Stipulation was approved by order entered April 14, 2022.

The Parties hereby stipulate and agree to the matters set forth below:

1.The Parties continue to negotiate and exchange information and have agreed, subject to Court approval, to further extend the time for the Defendant to answer the Complaint to and including July 15, 2022.

[*Remainder of Page Intentionally Left Blank*]

2
DOCS_LA:344093.1 75015/003

Case 2-22-02016-PRW,    Doc 14,    Filed 06/27/22,    Entered 06/27/22 21:04:25,
Description: Main Document  , Page 2 of 3

2. All other terms set forth in the First Stipulation and Second Stipulation remain in full force and effect.

Respectfully submitted,

Dated: June 27, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Bradford J. Sandler (NY Bar No. 4499877)
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: June 20, 2022

WILEY REIN LLP

Rebecca L. Saitta (VA Bar No. 65408)
2050 M Street NW
Washington, DC 20036
Telephone: (202) 719-7075
Email: rsaitta@wiley.law

*Counsel to Defendant Cipla USA, Inc.*

SO ORDERED:

DATED: _____, 2022
              Rochester, New York

_____
HON. PAUL R. WARREN